# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BOBBIE RAY MCCARTY**                                                                                         **PLAINTIFF**

v.                               **Case No. 4:23-cv-00150 KGB**

**VIP LOGISTICS LLC,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 38). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The Court denies the pending motion as moot (Dkt. No. 32), and the Court dismisses with prejudice the action, with each party to bear its own fees and costs.

It is so ordered this 5th day of May, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge